**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Shawn COAXUM, Appellee.**

Supreme Court of Pennsylvania.

Submitted April 26, 2012.

Decided Dec. 28, 2012.

Hugh J. Burns, Jr., Ronald Eisenberg, Erward F. McCann, Jr., Anthony V. Pomeranz, Philadelphia District Attorney's Office, Rufus Seth Williams, Office of the District Attorney of Philadelphia County, for Commonwealth of Pennsylvania.

John P. Cotter, Cotter and Miller, Philadelphia, for Shawn Coaxum.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of December, 2012, the appeal is dismissed as having been improvidently granted.

Justice ORIE MELVIN did not participate in the consideration or decision of this case.